UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00337-RJC

| | | |
|---|---|---|
| **USA** | ) | |
| | ) | |
| | ) | <u>ORDER</u> |
| vs. | ) | |
| | ) | |
| **SANDRA ANITA LANDERS** | ) | |

**THIS MATTER** is before the Court upon a motion of the defendant for early termination of her supervised release. (Doc. No. 579).

Title 18, United States Code, Section 3583(e)(1) allows a court to terminate a term of supervised release after one year where warranted by the conduct of the defendant and the interest of justice. The defendant states she has been on supervision for two years after being convicted of drug trafficking and money laundering conspiracies. According to her United States Probation Officer, the defendant has complied with conditions of her release. However, the defendant's criminal history shows numerous convictions for offenses committed in different North Carolina counties when she was under conditions of release. (Doc. No. 227: Presentence Report at 8-10). Therefore, the Court does not find good cause to terminate supervised release early.

**IT IS, THEREFORE, ORDERED** that the motion, (Doc. No. 579), is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: November 15, 2016

Robert J. Conrad, Jr.
United States District Judge